## Notice Recipients

District/Off: 0974–3          User: hkelly                    Date Created: 12/5/2014
Case: 14–03693–MM7            Form ID: pdf904                 Total: 143

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
13751367     Employment Development Dept.
                                                                                          TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr           Richard M Kipperman        teresaj@corpmgt.com
aty          Gary E. Slater             ges@slatertruxaw.com
aty          Jason R. Thornton          jthornton@marksfinch.com
aty          Richard M Kipperman        teresaj@corpmgt.com
                                                                                          TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Jan Bernard Ausdemore          PO Box 722260         San Diego, CA 92172
cr           Marks, Finch, Thornton & Baird, LLP         4747 Executive Drive       Suite 700        San Diego
13751347     ARBON Equipment Corporation         BOX 78196       8900 N. Arbon Drive         Milwaukee, WI 53278–0196
13751280     AguileraManuel R.        618 J Avenue        National City CA 91950
13751282     AguirreTodd       5041 Narragansett Avenue #2       San DiegoCA92107
13751284     AlexanderTracey        14126 Tarzana Road        PowayCA92064
13751345     American Express        Box 0001       Los Angeles, CA 90096–0001
13751346     American Express        Box 0001       Los Angeles, CA 90096–0001
13751348     Atlas Copco Compressors LLC         930 Riverside Pkwy, Suite 30      West Sacramento, CA 95605
13751286     AusdemoreBarbara         9685 Graceland Way         San DiegoCA92129
13751349     Aztec Fire & Safety         8107 Commercial Street        La Mesa, CA 91942
13751288     BaileyMark       2260 Conifer Ave.        San DiegoCA92154
13751290     BayardoPablo       1420 Normady Dr.        Chula VistaCA91913
13751292     BiskupskiRobin        5308 Ontario Street        OceansideCA92056
13751350     Boyer Moving & Storage         13691 Danielson St. Suite D       Poway, CA 92064
13751351     Bridge Net International        3151 Airway Avenue, Building I–2        Costa Mesa, CA 92626
13751294     BurlazaPepito       3403 Mina St        San DiegoCA92105
13751296     ButlerDanielle       11708 Jonny Lane         San DiegoCA92126
13751352     C & I Enterprises, Inc.         P.O. Box 910545        San Diego, CA 92191–0545
13751361     CTI – David P. Etue         8346 Robbie Way        Lemon Grove, CA 91945–3333
13751353     Campbell Finger Repair Inc.         6550 Van Buren Bl. Ste. G       Riverside, CA 92503
13751354     Capital One, F.S.B.        PO Box 60599        City of Industry, CA 91716–0599
13751298     CardenasJose       1553 S. Escondido Blvd. #105        EscondidoCA92025
13751355     Carmen Smith        6930 Mt Vernon        Lemon Grove, CA 91945
13751300     CatheyJohn        1880 Roosevelt Ave.       San DiegoCA92109
13751302     CedilloLeo       13036 Alpine Drive        PowayCA92064
13751356     Commercial Restroom Access. Inc         2932 Verde View Road         Alpine, CA 91901
13751357     Complex Drive         8913 Complex Drive         San Diego, CA 92123
13751358     Core Support Systems, Inc.         12 Mauchly Bldg. B       Irvine, CA 92618
13751359     Cox Roofing        PO Box 1738        Lakeside, CA 92040
13751360     Criterium Consulting Group Inc.         100 Pacifica, Suite 160       Irvine, CA 92618
13751362     Culligan Water Co. San Diego         7575 Carroll Road       San Diego, CA 92121–2401
13751304     CuppHarold        13162 Hwy 8 Bus #147        El CajonCA92021
13751278     DBTI Co–Employees         cof Joseph David LLC         PO Box 722260       San Diego, CA 92172
13751307     De La TorreRaul        265 Quintard Apt B93        Chula VistaCA91911
13751306     DeBoerDustin        2650 2nd Ave. #3        San DiegoCA92103
13751363     Decisive Testing Inc.         4735 Myrtle Avenue        San Diego, CA 92105
13751276     Design/Build General Contractors, Inc.       cof Joseph David LLC       PO Box 722260       San Diego, CA 92172
13751364     Dialcom System Services, Inc.         1541 Simpson Way         San Diego, CA 92029
13751365     Disbro Inc./or       326 Front Street        El Cajon, CA 92020
13751308     DisbroPaul       7149 Eldridge Street         San DiegoCA92120
13751366     Dunn–Edwards Corporation         P.O. Box 30389        4885 East 52nd Place        Los Angeles, CA 90030–0389
13751260     ESU, Inc.       6767 Nancy Ridge Drive         San Diego, CA 92121
13751309     EdwardsJacilyn        2725 Alexander Dr.        EscondidoCA92029
13751258     Employment Development Department        Kathryn Marrero, Special Procedures/Bank        PO Box 826880 MIC 92E        Sacramento, California 94280–0001
13751310     EphronMatthew D.        5308 Ontario Street        OceansideCA92054
13751311     Ferreira Jolene        2409 Green River Drive        Chula VistaCA91915
13751369     G Cubed Enterprises         P.O. Box 359       Lemon Grove, CA 91945
13751375     GSSI Structural Engineers         2445 Fifth Avenue Suite 300       San Diego CA 92101
13751312     GanderWilliam        10817 Pacific Canyon Way         San DiegoCA92121
13751370     Gatto, Pope, & Walwick, LLP         550 West–"C" St. Suite 1700       San Diego, CA 92101
13751371     Giroux & Associates         1820 East Garry St., Suite 211       Santa Ana, CA 92705

```
13751313   GoldbaumMarilyn        2260 Conifer Ave.        San DiegoCA92154
13751372   Golden Image Window Covering, Inc.       2827 Hoover Avenue, Ste. A      National City CA 91950
13751373   Grainger–Div of WW GraingerInc        Dept 720–836718981       Palatine IL 60038–0001
13751374   Greater San Diego Air Conditioning       8141 Center Street       La Mesa CA 91942
13751314   GregoryPreston        845 W. 3rd Ave.       EscondidoCA92025
13751376   Hanson Aggregates Inc.        PO Box 730511       Dallas TX 75373–0511
13751262   Harsch Investment Properties, LLC       1121 Southwest Salmon Street        Portland, Oregon 97205
13751377   Helix Mechanical       1100 North Magnolia Avenue Suite L       El Cajon CA 92020
13751315   Herrera Job       210 W Primera St       San Ysidoro,CA
13751378   Home Depot PO Box 6031        The Lakes NV 88901–6031
13751317   Humphrey Jamie       17161 Alva Road #2036       San DiegoCA92127
13751316   Humphrey II Marcus       17161 Alva Road #2036       San DiegoCA92127
13751379   ICI Dulux Paint Centers       P.O. Box 100145       Pasadena CA 91189–0145
13751380   Industrial Fire Sprinkler Co. Inc.       3845 Imperial Avenue       San Diego CA 92113
13751381   Innovative Wallcovering Inc.       2147 San Diego Avenue       San Diego CA 92110
13751382   Interceramic Tile & Stone       9020 Activity Road Suite B       San Diego CA 92126
13751264   Internal Revenue Service       L. Loftesnes, Revenue Officer       333 W Broadway, Suite 906 M/S 5528       San Diego, California 92101
13751383   Internal Revenue Service Center       P.O. Box 510000       San Francisco CA 94151–5100
13751384   J Cloud, Inc.       2094 Willow Glen Drive       El Cajon CA 92019–3903
13751266   Jeffrey A. Schneider       165 6th Avenue, Suite 2804       San Diego, California 92101
13751385   John Hancock       P.O. Box 894109       Los Angeles CA 90189–4109
13751318   JohnsJames       1002 Malene Lane       El CajonCA92021
13751386   King Business Services, Inc       10981 San Diego Mission Road Suite 250       San Diego CA 92108
13751319   KohmescherTravis D.       3368 Daley Center Dr. #706       San DiegoCA92123
13751320   KouskyRichard       3211 Mt. Whitney Rd.       EscondidoCA92029
13751321   KurtzChris       455 Silverbrook Dr.       Harbison CanyonCA92019
13751387   La Salle Lighting Services       P.O. Box 2859       Cathedral City CA 92235–2859
13751322   LaFuzeJared       12008 Wintercrest Dr. #122       LakesideCA92040
13751268   Labor Commissioner State of California       7575 Metropolitan Drive, Suite 210       San Diego, California 92108
13751323   LuceroPaul       747 Quail St.       San DiegoCA92102
13751388   Lyons Flooring & Design       2827 Imperial Avenue       San Diego CA 92102
13751391   MWB Business Systems       File 50897       Los Angeles CA 90074–0897
13751324   ManriquezOscar       PO Box 853       Pauma ValleyCA92061
13756831   Marks, Finch, Thornton & Baird, LLP       4747 Executive Drive, Suite 700       San Diego, California 92121
13751270   Marks, Golia & Finch, LLP       4747 Executive Drive, Suite 700       San Diego, California 92121
13751389   Marks, Golia & Finch, LLP       8620 Spectrum Center Blvd Suite 900       San Diego CA 92123–1454
13751390   Matzenauer Electric       12115 Lakeside Avenue       Lakeside CA 92040
13751325   MoltzJamie       7149 Eldridge Street       San DiegoCA92120
13751326   MurphyMichael       2130 Holly Ave.       EscondidoCA92026
13751392   N.Y. Tile & Marble, Inc.       9182 Chesapeake Drive       San Diego CA 92123
13751393   National Air & Energy, Inc.       2053 Kurtz Street       San Diego CA 92110
13751327   Navarro Fernando       757 Applewood Drive       El CajonCA92021
13751394   Noesis Consulting Group, Inc.       8042 Calle Pinon       Carlsbad CA 92009
13751395   Nova Communications, Inc.       8135 Engineer Road       San Diego CA 92111
13751328   NygaardRandy       2006 N. Twin Oaks Rd       San MarcosCA92069
13751368   P.O. Box 85461       San Diego, CA 92138–5461
13751396   Partner Engineering & Science       2101 Rosecrans Ave. Suite 4270       El Segundo CA 90245
13751329   PelleyLance       2168 Greencrest Drive       El CajonCA92019
13751330   PetersonJonathan       P.O. Box 787       JamulCA91935
13751397   Phamatech, Inc.       10151 Barnes Canyon Road       San Diego CA 92121
13751398   Powerman/Jeff Tucker Electrical       5979 Quiet Slope Drive       San Diego CA 92120
13751399   Prostar Wireless of Miramar       7080 Miramar Road Suite A       San Diego CA 92121
13751402   RM Commercial Flooring, Inc.       2341 Nabal Street       Escondido CA 92025
13751400   Rapid Dry       4901 Morena Blvd., #404       San Diego CA 92117
13751401   ReSource Floors, Inc.       9881 Carroll Centre Road       San Diego CA 92126
13751272   Regents Bank cof Solana Del Mar Villas, LLC       17161 Alva Road, #2214       San Diego, CA 92127
13751331   RockwellJohn       29570 Lilac Rd.       Valley CenterCA92025
13751403   Roel Consulting Services       3366 Kurtz St.       San Diego CA 92110
13751411   SSD Systems       1740 N. Lemon Street       Anaheim CA 92801–1007
13751404   San Diego Fence Co. Inc.       7920 Engineer Road       San Diego CA 92111
13751332   Saucedo David J.       312 Smilax Road Apt #7       San MarcosCA92069
13751333   Saucedo Jose       1562 E Main Street 139       El CajonCA92021
13751405   Servicon Systems Inc.       3965 Landmark Street       Culver City CA 90232
13751406   Sherwood Mechanical Inc.       6630 Top Gun Street       San Diego CA 92121
13751274   Solana Del Mar Villas, LLC       17161 Alva Road, #2214       San Diego, CA 92127
13751407   South Bay Fence       3084 Main Street       Chula Vista CA 91911
13751408   South Coast Equipment Repair       PO Box 506       San Clemente CA 92674
13751409   Southland Exterior Building Services       27881 La Paz Road #418       Laguna Niguel CA 92677
13751410   Sprint      PO Box 4181       Carol Stream IL 60197–4181
13751344   State Compensation Insurance Fund       900 Corporate Center Drive, Suite 401       Monterey Park, CA 91754
13751334   StobartEdward       1047 Seacoast Drive, #3       Imperial BeachCA91932
13751412   Summit Equipment Rentals       33390 Bailey Park Blvd.       Menifee CA 92584
13751413   Surfaces USA       6330 Miramar Road       San Diego CA 92121
13751335   SutterKyle       30837 Via Bonica       Lake ElsinoreCA92530
```

```
13751336   TheodoreSam           8258 Limon Lane            El CajonCA92021
13751338   TiznadoArturo         2258 Conifer Ave.          San DiegoCA92154
13751337   TiznadoDora           2260 Conifer Ave.          San DiegoCA92154
13751414   Tomarco Contractor Specialties, Inc.    14848 Northam Street      La Mirada CA 90638
13751339   VacaJorge             273 Blue Springs Lane      OceansideCA92054
13751340   WaldenPatrick         1471 Los Cedros            EscondidoCA92026
13751415   Waste Management/Coast Waste Management    PO Box 78251    Phoenix AZ 85062-8251
13751416   West Coast Cabling, Inc./Comm Plus    11487 Woodside Avenue    Santee CA 92071
13751341   WestRick              7549 San Miguel Ave.       Lemon GroveCA91945
13751342   WilcoxKarl            7048 Cowles Mtn. Blvd      San DiegoCA92119
13866530   Winters Law Firm      1820 E. 17th Street        Santa Ana, CA 92705
13751343   ZielJames             712 Jefferson Avenue       Chula VistaCA91910
```

TOTAL: 138