**B6 Summary (Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Southern District of California

**IN RE:**

Case No. **14-03693 MM7**

**Ausdemore, Jan**

Chapter **7**

Debtor(s)

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 2,029,000.00 | | |
| B - Personal Property | Yes | 3 | $ 37,725.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 3,315,882.04 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 363,542.73 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 4,966.82 |
| TOTAL | | 21 | $ 2,066,725.00 | $ 3,679,424.77 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of California

IN RE:                                                    Case No. **14-03693 MM7**

**Ausdemore, Jan**                                        Chapter **7**
Debtor(s)

## AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 3,000.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 4,966.82 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 0.00 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 1,373,332.04 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 363,542.73 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 1,736,874.77 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Ausdemore, Jan** _____     Case No. **14-03693 MM7** _____

Debtor(s)                                                                                                  (If known)

# AMENDED SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **9685 Graceland Way**<br>**San Diego, CA 92129** | | J | 620,000.00 | 3,102,082.04 |
| **Interest in Luke Ausdemore Foundation, LLC, owns 6002 E. 76 Court, Tulsa, OK** | | | 300,000.00 | 199,800.00 |
| **Interest in Real Property in Solana Beach-Value :$750,000.00 to $1.2 milion** | | | 1,109,000.00 | 2,852,082.04 |
| | | **TOTAL** | **2,029,000.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Ausdemore, Jan** _____   Case No. **14-03693 MM7** _____

Debtor(s)                                              (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking | | 875.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Furniture and personal equipment<br>Pictures, books | | 10,000.00<br>100.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothes | | 500.00 |
| 7. Furs and jewelry. | | Jewelry including wife's jewelry | | 2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Interest in Solana Del Mar, LLC | | unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Ausdemore, Jan _____    Case No. **14-03693 MM7**
<br>Debtor(s)                                                                                    (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 GMC P/U, 1/2 interest** | | **1,500.00** |
| | | **2002 Mercury Mountaineer** | H | **2,500.00** |
| | | **2004 Mercury Mountaineer** | H | **5,500.00** |
| | | **2005 Mercedes E350** | W | **13,750.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment and tools** | | **1,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

**B6B (Official Form 6B) (12/07) - Cont.**

IN RE **Ausdemore, Jan** _____    Case No. **14-03693 MM7**
_____

            Debtor(s)                                           (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Interest in various LLCs, none of which have any net worth.** | | **0.00** |
| | | **Meet the Needs Foundation- Liabilities exceed assets. Has liens on various assets.** | | **0.00** |
| | | | TOTAL | **37,725.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6C (Official Form 6C) (04/10)**

**IN RE** Ausdemore, Jan                                                                    Case No. **14-03693 MM7**
_____                                        _____
                    Debtor(s)                                                                          (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☑ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **9685 Graceland Way**<br>**San Diego, CA 92129** | **CCCP § 704.730(a)(3)** | **175,000.00** | **620,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Checking** | **CCCP § 704.070** | **875.00** | **875.00** |
| **Furniture and personal equipment** | **CCCP § 704.020** | **10,000.00** | **10,000.00** |
| **Pictures, books** | **CCCP § 704.020** | **100.00** | **100.00** |
| **Clothes** | **CCCP § 704.020** | **500.00** | **500.00** |
| **Jewelry including wife's jewelry** | **CCCP § 704.040** | **2,000.00** | **2,000.00** |
| **1999 GMC P/U, 1/2 interest** | **CCCP § 704.060(a)(3)** | **1,500.00** | **1,500.00** |
| **2002 Mercury Mountaineer** | **CCCP § 704.010** | **2,500.00** | **2,500.00** |
| **2004 Mercury Mountaineer** | **CCCP § 704.010**<br>**CCCP § 704.060(a)(3)** | **225.00**<br>**5,275.00** | **5,500.00** |
| **Office equipment and tools** | **CCCP § 704.060(a)(3)** | **1,000.00** | **1,000.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE **Ausdemore, Jan**                                                              Case No. **14-03693 MM7**
_____
Debtor(s)                                                                                               (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bank Of America**<br>**Box 26078**<br>**Greensboro, NC  27420** | | | **1st TD on Graceland property, amount is principal amount of loan**<br><br><br>VALUE $ **620,000.00** | | | | 250,000.00 | |
| ACCOUNT NO.<br><br>**Chase Mortgage**<br>**Box 78420**<br>**Phoenix, AZ  85062** | | | **1st Morgage. Amount principal amount**<br><br><br>VALUE $ **300,000.00** | | | | 199,800.00 | |
| ACCOUNT NO.<br><br>**ESU, Inc.**<br>**7666 Forula Pl Ste C**<br>**San Diego, CA  92121** | | | <br><br><br>VALUE $ **1,729,000.00** | | | X | 16,181.06 | 16,181.06 |
| ACCOUNT NO.<br><br>**Harsch Inv Properties**<br>**10509 Vista Sorrento Pkwy**<br>**San Diego, CA  92121** | | | **Abstract 2012**<br><br><br>VALUE $ **1,729,000.00** | | | X | 22,776.07 | 22,776.07 |

_____**2** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **488,757.13** | $ **38,957.13** |
| Total<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Ausdemore, Jan**                                        Case No. **14-03693 MM7**
_____
Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Sevice**<br>**Box 7346**<br>**Philadephia, PA  19101-7346** | | | **Tax Lien 2013**<br><br>VALUE $ **1,729,000.00** | | | | **156,436.47** | **156,436.47** |
| ACCOUNT NO.<br>**Jeffery Schneider**<br>**Unknown** | | | **Abstract Lien 2012**<br><br>VALUE $ **1,729,000.00** | | | X | **14,298.80** | **14,298.80** |
| ACCOUNT NO.<br>**Marks, Finch, Et Al**<br>**4747 Executive Drive # 700**<br>**San Diego, CA  92121** | | | **TD-disputed debt**<br><br>VALUE $ **1,729,000.00** | | | X | **205,000.00** | **205,000.00** |
| ACCOUNT NO.<br>**Meet The Need Foundation**<br>**9685 Graceland**<br>**San Diego, CA  92129** | | | **Guarantied various debts, unpaid labor charges.**<br><br>VALUE $ **9,500.00** | | | | **unknown** | |
| ACCOUNT NO.<br>**Mission FCU**<br>**Box 919023**<br>**San Diego, CA  92191** | | | **lienholder on 2008 Mercedes Benz**<br><br>VALUE $ **13,750.00** | | | | **14,000.00** | **250.00** |
| ACCOUNT NO.<br>**Regents Bank/Solana Del Mar. LLC Assigne**<br>**17161 Alva**<br>**San Diego, CA  92127** | | | **LLC owned by Debtor and Debtor's wife. Puchased Regent Bank loan with exempt funds.**<br><br>VALUE $ **1,729,000.00** | | | | **2,400,000.00** | **921,000.00** |

Sheet no. _____**1** of _____**2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **2,789,735.27** | $ **1,296,985.27**

Total
(Use only on last page) $                | $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Ausdemore, Jan**                                        Case No. **14-03693 MM7**
_____
Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**State Of California Labor Commission**<br>**7575 Metropolitan Dr.,**<br>**San Diego, CA  92108** | | | **Labor Claim-Abstract lien-2012**<br><br><br>VALUE $ **1,729,000.00** | | | X | **13,322.89** | **13,322.89** |
| ACCOUNT NO.<br><br>**State Of CaliforniaEDD**<br>**P.O. Box 826880**<br>**Sacramento, CA  94280-0001** | | H | **Tax lien 2011**<br><br><br>VALUE $ **1,729,000.00** | | | | **24,066.75** | **24,066.75** |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

Sheet no. _____**2**___ of _____**2**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $ **37,389.64**   $ **37,389.64**

Total
(Use only on last page)  $ **3,315,882.04**   $ **1,373,332.04**

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Ausdemore, Jan**                                                          Case No. **14-03693 MM7**
_____
                        Debtor(s)                                                              (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

**IN RE** Ausdemore, Jan _____      Case No. **14-03693 MM7**
               Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American Express**<br>**Zwicker & Assoc**<br>**80 Minuteman Rd**<br>**Andover, MA  01840** | | | | | | | **16,181.06** |
| ACCOUNT NO.<br>**Arbon Equipment Corp.**<br>**Box 78196**<br>**Milwaukee, WI  53278** | | | | | | | **2,669.27** |
| ACCOUNT NO.<br>**Boyer Moving & Storage**<br>**13691 Danielson Ste D**<br>**Poway, CA  92064** | | | | | | | **20,632.92** |
| ACCOUNT NO.<br>**Carmen Smith**<br>**6930 Mt Vernon**<br>**Lemon Grove, CA  91945** | | | | | | | **400.00** |

      **7** continuation sheets attached                                      Subtotal<br>(Total of this page) $ | **39,883.25**

Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ausdemore, Jan                                                  Case No. **14-03693 MM7**
_____                                _____
Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Commericial Restroom Access, Inc.**<br>**2932 Verde View Rd**<br>**Alpine, CA  91901** | | | | | | | 17,619.00 |
| ACCOUNT NO.<br><br>**Core Support Sysrtems, Inc.**<br>**12 Mauchly Bldg B**<br>**Irvine, CA  92618** | | | | | | | 10,998.49 |
| ACCOUNT NO.<br><br>**CTI-David P. Etue**<br>**8346 Robbie Way**<br>**Lemon Grove, CA  91945** | | | | | | | 5,270.00 |
| ACCOUNT NO.<br><br>**Design/Build General Contractors, Inc.**<br>**7740 Kenamar Ct**<br>**San Diego, CA  92121** | | | | | | | 6,945.66 |
| ACCOUNT NO.<br><br>**Design/Build HVAC,  Inc.**<br>**7740 Kennamar Ct**<br>**San Diego, CA  92121** | | | | | | | 6,945.66 |
| ACCOUNT NO.<br><br>**Disbro, Inc./ Paul Disbro**<br>**326 Front St**<br>**El Cajon, CA  92020** | | | | | | | 27,755.42 |
| ACCOUNT NO.<br><br>**Everest Insurance**<br>**C/O Windham**<br>**382 Main**<br>**Salem, NH  03079** | | H | **Possible liability as co-signer re Insurance. 2013.** | X | | | 299.45 |

Sheet no. ____**1**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 75,833.68

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ausdemore, Jan**                                                    Case No. **14-03693 MM7**
_____                                    _____
Debtor(s)                                                                   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **G Cubed Enterprises** **BX 359** **Lemon Grove, CA  91945** | | | | | | | 1,165.00 |
| ACCOUNT NO. | | | | | | | |
| **Gatto, Pope & Walwick** **550 W "C" St Ste 1700** **San Diego, CA  92101** | | | | | | | 8,070.00 |
| ACCOUNT NO. | | | | | | | |
| **Helix Mechanical** **1100 North Magnolia Ste L** **El Cajon, CA  92020** | | | | | | | 788.00 |
| ACCOUNT NO. | | | | | | | |
| **J Cloud Inc** **2094 Willow Glen Dr** **El Cajon, CA  92019** | | | | | | | 260.00 |
| ACCOUNT NO. | | | | | | | |
| **John Hancock** **Box 894109** **Los Angeles, CA  90189** | | | | | | | 2,534.09 |
| ACCOUNT NO. | | | | | | | |
| **KD Flooring & Installation** **4348 Miriam Pl** **La Mesa, CA  91941** | | | | | | | 959.99 |
| ACCOUNT NO. | | | | | | | |
| **King Business Services** **10981 S.D. Mission Rd #250** **San Diego, CA  92108** | | | | | | | 170.12 |

Sheet no. _____**2**___ of ___**7**___ continuation sheets attached to                                          Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page) | $ **13,947.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ausdemore, Jan _____    Case No. **14-03693 MM7**
_____ Debtor(s)                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ls Salle Lighting Services**<br>Box 2859<br>Catheral City, CA  92235 | | | | | | | 399.25 |
| ACCOUNT NO.<br>**Lyons Flooring & Design**<br>2827 Imperial Ave<br>San Diego, CA  92102 | | | | | | | 3,720.00 |
| ACCOUNT NO.<br>**Matzenauer Electric**<br>12115 Lakeside Ave<br>Lakeside, CA  92040 | | | | | | | 9,069.81 |
| ACCOUNT NO.<br>**MWB Business Systems**<br>File 50897<br>Los Angeles, CA  90074 | | | | | | | 3,796.81 |
| ACCOUNT NO.<br>**N.Y. Tile & Marble, Inc.**<br>9182 Chesapeake Dr<br>San Diego, CA  92123 | | | | | | | 5,500.00 |
| ACCOUNT NO.<br>**National Air & Energy**<br>2053 Kurtz St<br>San Diego, CA  92110 | | | | | | | 4,818.23 |
| ACCOUNT NO.<br>**Noesis Consulting Group, Inc.**<br>8042 Calle Pinon<br>Carlsbad, CA  92009 | | | | | | | 8,369.58 |

Sheet no. _____**3**_ of _____**7**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **35,673.68**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ausdemore, Jan**                                                                    Case No. **14-03693 MM7**
_____                        _____
             Debtor(s)                                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Nova Communication, Inc.** <br> **8135 Engineer Rd** <br> **San Diego, CA  92111** | | | | | | | 478.56 |
| ACCOUNT NO. <br> **Partner Engineering** <br> **2101 Rosecrans Ave # 4270** <br> **El Segundo, CA  90245** | | | | | | | 3,244.79 |
| ACCOUNT NO. <br> **Phamatech, Inc.** <br> **10151 Barnes Canyon Rd** <br> **San Diego, CA  92121** | | | | | | | 704.66 |
| ACCOUNT NO. <br> **Powerman/Jeff Tucker Electrical** <br> **5979 Quit Slope Dr** <br> **San Diego, CA  92120** | | | | | | | 2,295.00 |
| ACCOUNT NO. <br> **Prostar Wireless** <br> **7080 Miramar Rd Ste A** <br> **San Diego, CA  92121** | | | | | | | 90.00 |
| ACCOUNT NO. <br> **Rapid Dry** <br> **4901 Morena Bl. # 404** <br> **San Diego, CA  92117** | | | | | | | 125.00 |
| ACCOUNT NO. <br> **ReSource Floors, Inc.** <br> **9881 Carroll Centre Rd.** <br> **San Diego, CA  92126** | | | | | | | 5,555.10 |

Sheet no. _____**4**_ of _____**7**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **12,493.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ausdemore, Jan**                                                                                          Case No. **14-03693 MM7**
_____                                         _____
Debtor(s)                                                                                                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **RM Commercial Flooring, Inc.** 2341 Nabal St Escondido, CA  92025 | | | | | | | 2,294.38 |
| ACCOUNT NO. **Roel Consulting Services** 3366 Kurtz St. San Diego, CA  92110 | | | | | | | 13,403.26 |
| ACCOUNT NO. **San Diego Fence Co. Inc.** 7920 Engineer Rd San Diego, CA  92111 | | | | | | | 2,082.60 |
| ACCOUNT NO. **Servicon Systems Inc.** 3965 Landmark St Culver City, CA  90232 | | | | | | | 16,180.00 |
| ACCOUNT NO. **Sherwood Mechanical Inc.** 6630 Top Gun St San Diego, CA | | | | | | | 4,000.00 |
| ACCOUNT NO. **South Bay Fence** 3084 Main St Chula Vista, CA  91911 | | | | | | | 2,986.00 |
| ACCOUNT NO. **South Coast Equipment Repair** Box 506 San Clemente, CA  92674 | | | | | | | 235.90 |

Sheet no. _____**5**_____ of _____**7**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **41,182.14**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ausdemore, Jan** _____    Case No. **14-03693 MM7**
                    Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Southland Exterior Bldg Serv.** **27881 La Paz Rd # 418** **Laguna Niguel, CA  92677** | | | | | | | 1,440.00 |
| ACCOUNT NO. **Sprint/Nextel** **Box 4181** **Carol Stream, IL  60197** | | | | | | | 6,931.66 |
| ACCOUNT NO. **SSD Systems** **1740 N. Lemon St** **Anaheim, CA  92801** | | | | | | | 503.28 |
| ACCOUNT NO. **State Fund Workers Comp Ins.** **Box 420807** **San Francisco, CA  94142** | | | | | | | 100,000.00 |
| ACCOUNT NO. **Summit Equipment Rentals** **33390 Bailey Park Bl** **Menifee, CA  92584** | | | | | | | 6,664.09 |
| ACCOUNT NO. **Superior Roofing** **Box 2635** **San Marcos, CA** | | | **Corp debt, may be personal liability** | | | | 15,000.00 |
| ACCOUNT NO. **Surfaces USA** **6330 Miramar Rd** **San Diego, CA  92121** | | | | | | | 2,510.00 |

Sheet no. _____**6**__ of _____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **133,049.03**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ausdemore, Jan**                                                      Case No. **14-03693 MM7**
_____                    _____
Debtor(s)                                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Waste Management**<br>**Box 78251**<br>**Phoenix, CA  85062** | | | | | | | 4,076.79 |
| ACCOUNT NO. <br><br>**West-Lite Supply**<br>**23441 Sout Point Dr**<br>**San Diego, CA  92129** | | | **Disputed may be personal liability.** | | | X | 6,425.99 |
| ACCOUNT NO. <br><br>**White Cap Construction Supply**<br>**The Anderson Group**<br>**3001 19th St**<br>**Metairie, LA  70002** | | | | | | | 977.86 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____**7**_ of _____**7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,480.64**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **363,542.73**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Ausdemore, Jan**                                                    Case No. **14-03693 MM7**
_____
                            Debtor(s)                                                                            (If known)

# AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Ausdemore, Jan**                                                                Case No. **14-03693 MM7**
_____                                    _____
Debtor(s)                                                                                              (If known)

# AMENDED SCHEDULE H - CODEBTORS

  Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

**IN RE Ausdemore, Jan** _____    Case No. **14-03693 MM7**
Debtor(s)                                                          (If known)

# AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation  General Contractor | | |
| Name of Employer  DBGC, Inc. dba DBTI | | |
| How long employed  28 YRS | | |
| Address of Employer San Diego, CA | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | | $ _____ | $ _____ |
| 2. Estimated monthly overtime | | $ _____ | $ _____ |
| **3. SUBTOTAL** | | $         **0.00** | $ _____ |
| **4. LESS PAYROLL DEDUCTIONS** | | | |
| a. Payroll taxes and Social Security | | $ _____ | $ _____ |
| b. Insurance | | $ _____ | $ _____ |
| c. Union dues | | $ _____ | $ _____ |
| d. Other (specify) _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | | $         **0.00** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | | $         **0.00** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ _____ | $ _____ |
| 8. Income from real property | | $ _____ | $ _____ |
| 9. Interest and dividends | | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| 12. Pension or retirement income | | $ _____ | $ _____ |
| 13. Other monthly income (Specify) **Loans And Advances From DBGC, Inc. dba DBTI** | | $         **3,000.00** | $ _____ |
| _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | | $         **3,000.00** | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | | $         **3,000.00** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$         **3,000.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

**IN RE Ausdemore, Jan** _____    Case No. **14-03693 MM7** _____
<span style="padding-left:3em">Debtor(s)</span>                                     (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 585.00 |
|    a. Are real estate taxes included?   Yes ____  No ✔ | |
|    b. Is property insurance included?  Yes ____  No ✔ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 235.82 |
|    b. Water and sewer | $ 225.00 |
|    c. Telephone | $ 54.54 |
|    d. Other  **Wireless** | $ 80.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 150.00 |
| 4. Food | $ 600.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 187.00 |
| 8. Transportation (not including car payments) | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 120.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ 600.00 |
|    c. Health | $ |
|    d. Auto | $ 76.30 |
|    e. Other | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) **Property Tax** | $ 1,237.16 |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 216.00 |
|    b. Other  **Misc** | $ 350.00 |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other | $ |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ **4,966.82**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 3,000.00 |
|    b. Average monthly expenses from Line 18 above | $ 4,966.82 |
|    c. Monthly net income (a. minus b.) | $ -1,966.82 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration)  (12/07)

IN RE A_usdemore, Jan _____    Case No. __14-03693 MM7__

Debtor(s)    (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **23** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **12/09/2014** _____    Signature: _____

Jan Ausdemore    Debtor

Date: _____    Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____

Address

_____    _____

Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

_____

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of California**

IN RE:                                                    Case No. <u>14-03693 MM7</u>

<u>Ausdemore, Jan</u>                                     Chapter <u>7</u>
                    Debtor(s)

## AMENDED VERIFICATION OF CREDITOR MATRIX

PART I  (check and complete one):

☒  New petition filed. Creditor <u>diskette</u> required.                    TOTAL NO. OF CREDITORS: _____ **58**

☐  Conversion filed on _____. *See instructions on reverse side.*

    ☐  Former Chapter 13 converting. Creditor <u>diskette</u> required.        TOTAL NO. OF CREDITORS: _____
    ☐  Post-petition creditors added. <u>Scannable</u> matrix required.
    ☐  There are no post-petition creditors. No matrix required.

☒  Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*

    ☒  Name and addresses are being ADDED.
    ☐  Name and addresses are being DELETED.
    ☐  Name and addresses are being CORRECTED.

PART II (check one)

☑  The above-name Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my (our) knowledge.

☐  The above-name Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: <u>12/09/2014</u>          _____
                                              Debtor

                                   _____
                                              Joint Debtor

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

American Express
Zwicker & Assoc
80 Minuteman Rd
Andover, MA  01840


Arbon Equipment Corp.
Box 78196
Milwaukee, WI  53278


Bank Of America
Box 26078
Greensboro, NC  27420


Boyer Moving & Storage
13691 Danielson Ste D
Poway, CA  92064


Carmen Smith
6930 Mt Vernon
Lemon Grove, CA  91945


Chase Mortgage
Box 78420
Phoenix, AZ  85062


Commericial Restroom Access, Inc.
2932 Verde View Rd
Alpine, CA  91901


Core Support Sysrtems, Inc.
12 Mauchly Bldg B
Irvine, CA  92618


CTI-David P. Etue
8346 Robbie Way
Lemon Grove, CA  91945

Design/Build General Contractors, Inc.
7740 Kenamar Ct
San Diego, CA  92121


Design/Build HVAC,  Inc.
7740 Kennamar Ct
San Diego, CA  92121


Disbro, Inc./ Paul Disbro
326 Front St
El Cajon, CA  92020


ESU, Inc.
7666 Forula Pl Ste C
San Diego, CA  92121


Everest Insurance
C/O Windham
382 Main
Salem, NH  03079


G Cubed Enterprises
BX 359
Lemon Grove, CA  91945


Gatto, Pope & Walwick
550 W "C" St Ste 1700
San Diego, CA  92101


Harsch Inv Properties
10509 Vista Sorrento Pkwy
San Diego, CA  92121


Helix Mechanical
1100 North Magnolia Ste L
El Cajon, CA  92020

```
Internal Revenue Sevice
Box 7346
Philadephia, PA  19101-7346


J Cloud Inc
2094 Willow Glen Dr
El Cajon, CA  92019


John Hancock
Box 894109
Los Angeles, CA  90189


KD Flooring & Installation
4348 Miriam Pl
La Mesa, CA  91941


King Business Services
10981 S.D. Mission Rd #250
San Diego, CA  92108


Ls Salle Lighting Services
Box 2859
Catheral City, CA  92235


Lyons Flooring & Design
2827 Imperial Ave
San Diego, CA  92102


Marks, Finch, Et Al
4747 Executive Drive # 700
San Diego, CA  92121


Matzenauer Electric
12115 Lakeside Ave
Lakeside, CA  92040
```

Meet The Need Foundation
9685 Graceland
San Diego, CA  92129


Mission FCU
Box 919023
San Diego, CA  92191


MWB Business Systems
File 50897
Los Angeles, CA  90074


N.Y. Tile & Marble, Inc.
9182 Chesapeake Dr
San Diego, CA  92123


National Air & Energy
2053 Kurtz St
San Diego, CA  92110


Noesis Consulting Group, Inc.
8042 Calle Pinon
Carlsbad, CA  92009


Nova Communication, Inc.
8135 Engineer Rd
San Diego, CA  92111


Partner Engineering
2101 Rosecrans Ave # 4270
El Segundo, CA  90245


Phamatech, Inc.
10151 Barnes Canyon Rd
San Diego, CA  92121

Powerman/Jeff Tucker Electrical
5979 Quit Slope Dr
San Diego, CA  92120


Prostar Wireless
7080 Miramar Rd Ste A
San Diego, CA  92121


Rapid Dry
4901 Morena Bl. # 404
San Diego, CA  92117


Regents Bank/Solana Del Mar. LLC Assigne
17161 Alva
San Diego, CA  92127


ReSource Floors, Inc.
9881 Carroll Centre Rd.
San Diego, CA  92126


RM Commercial Flooring, Inc.
2341 Nabal St
Escondido, CA  92025


Roel Consulting Services
3366 Kurtz St.
San Diego, CA  92110


San Diego Fence Co. Inc.
7920 Engineer Rd
San Diego, CA  92111


Servicon Systems Inc.
3965 Landmark St
Culver City, CA  90232

South Bay Fence
3084 Main St
Chula Vista, CA  91911


South Coast Equipment Repair
Box 506
San Clemente, CA  92674


Southland Exterior Bldg Serv.
27881 La Paz Rd # 418
Laguna Niguel, CA  92677


Sprint/Nextel
Box 4181
Carol Stream, IL  60197


SSD Systems
1740 N. Lemon St
Anaheim, CA  92801


State Fund Workers Comp Ins.
Box 420807
San Francisco, CA  94142


State Of California Labor Commission
7575 Metropolitan Dr.,
San Diego, CA  92108


State Of CaliforniaEDD
P.O. Box 826880
Sacramento, CA  94280-0001


Summit Equipment Rentals
33390 Bailey Park Bl
Menifee, CA  92584

Surfaces USA
6330 Miramar Rd
San Diego, CA  92121


Waste Management
Box 78251
Phoenix, CA  85062


West-Lite Supply
23441 Sout Point Dr
San Diego, CA  92129


White Cap Construction Supply
The Anderson Group
3001 19th St
Metairie, LA  70002